UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

United States of America,   ) Case No. CR - 11- 0 7 6 6 - SBA
             )
  *Plaintiff,*    ) STIPULATED ORDER EXCLUDING TIME
  v.       ) UNDER THE SPEEDY TRIAL ACT
             )
Taronta Greely     )
             )
  *Defendant.*  : )

**FILED**
OCT 24 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

or the reasons stated by the parties on the record on **October 24**, 2011, the Court excludes time under the
peedy Trial Act from **October 24**, 2011 to **November 14**, 2011 and finds that the ends of justice served
y the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. §
161(h)(7)(A). The Court makes this finding and bases this continuance on the following factor(s):

_____ Failure to grant a continuance would be likely to result in a miscarriage of justice.
   *See* 18 U.S.C. § 3161(h)(7)(B)(i).

_____ The case is so unusual or so complex, due to *[check applicable reasons]* _____ the number of
   defendants, _____ the nature of the prosecution, or _____ the existence of novel questions of fact
   or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial
   itself within the time limits established by this section. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

_____ Failure to grant a continuance would deny the defendant reasonable time to obtain counsel,
   taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

_____ Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given
   counsel's other scheduled case commitments, taking into account the exercise of due diligence.
   *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

✓_____ Failure to grant a continuance would unreasonably deny the defendant the reasonable time
   necessary for effective preparation, taking into account the exercise of due diligence.
   *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED: **10-24-11**

_____
LAUREL BEELER
United States Magistrate Judge

STIPULATED: _____
   Attorney for Defendant

_____
Assistant United States Attorney